JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. WALLS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA ASSURANCE COMPANY; TRANSAMERICA WORKSITE MARKETING; COUNTRYWIDE LIFE INSURANCE COMPANY; and DOES 2 through 100,<br><br>Defendants. | Case No. CV 07-3984 ABC (SHx)<br><br>Hon. Audrey B. Collins<br><br>[~~PROPOSED~~] JUDGMENT |

The Court has considered the Motion for Summary Judgment or, in the alternative, Partial Summary Judgment filed by Defendant Transamerica Life Insurance Company, successor-by-merger to Transamerica Assurance Company and erroneously named and served as Transamerica Worksite Marketing ("Transamerica") as well as all papers and evidence filed by the parties in support of and in opposition to the Motion. On April 24, 2008, the Court issued its Order granting summary judgment on Plaintiff's Complaint in its entirety on the grounds that there is no genuine issue of material fact on any claim asserted by Plaintiff and that Transamerica is entitled to judgment in its favor as a matter of law.

IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing by reason of his Complaint, that the entire action is dismissed with prejudice on the merits, and that Transamerica shall recover its costs.

Dated: _May 12, 2008_

_____
United States District Judge

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
JOSEPH E. LASKA (Bar No. 221055)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: mlevy@manatt.com and jlaska@manatt.com

*Attorneys for Defendants*
TRANSAMERICA LIFE INSURANCE COMPANY, successor-by-merger to Transamerica Assurance Company